489

**No. 42755.**—Protest 949284–G of Alfred Orlik, Inc. (New York).

Opinion by CLINE, J. This protest was submitted without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.

**No. 42756.**—Protest 940074–G of C. J. Tower & Sons (Buffalo).

Opinion by EVANS, J. It was established that the product in question is an oatmeal used principally for feed for poultry and hogs and that it is a byproduct obtained in the milling of oats or cereals. It was therefore held dutiable at 10 percent under paragraph 730 as claimed.

**No. 42757.**—Protests 636879–G, etc., of Bloomingdale Bros. (New York).

Opinion by EVANS, J. On the record presented certain items were held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 42758.**—Protests 404959–G, etc., of California Packing Co. et al. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise is similar to that the subject of *Wilbur Ellis* v. *United States* (2 Cust. Ct. 323, C. D. 153). It was therefore held that the items of fish meal in question are free of duty under paragraph 1583 as claimed.

**No. 42759.**—Protests 344319–G, etc., of California Packing Corp. (San Francisco).

Opinion by KEEFE, J. It was stipulated the merchandise is similar to that the subject of *Wilbur Ellis* v. *United States* (2 Cust. Ct. 323, C. D. 153). It was therefore held that the items of fish meal in question are free of duty under paragraph 1583 as claimed.

**No. 42760.**—Protests 2917–K, etc., of J. Ossola Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel, and on the authority of Abstracts 41794 and 42309 the protests were sustained.

NOVEMBER 29, 1939

**No. 42761.**—————————————————————Protests 920216–G, etc., of Gerhard & Hey 'Co., Inc. C. D. 237. Application by plaintiff for rehearing denied.

**No. 42762.**—————————————————Protests 950248–G, etc., of Koscherak Bros., Inc. Abstract 42597. Application by plaintiff for rehearing granted.